| | | |
|---|---|---|
| | AUSA:    William Orr | Telephone:  (989) 895-5712 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Task Force Officer:    Cameron Rubio, ATF | Telephone:  (810) 341-5710 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br><br>Demarcus RILEY | Case No.    Case: 1:26-mj-30171<br>Judge: Morris, Patricia T.<br>Filed: 03-31-2026 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 11, 2026 _____ in the county of _____ Saginaw _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession cocaine and cocaine base with the intent to distribute it |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Cameron Rubio, Task Force Officer, ATF
_____
*Printed name and title*

Sworn to before me and signed in my presence.

_____
*Judge's signature*

Date: _____ March 31, 2026 _____

City and state:  Bay City, Michigan

Hon. Patricia T. Morris, United States Magistrate Judge
_____
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A CRIMINAL COMPLAINT**

I, Cameron Rubio, Task Force Officer with ATF, being first duly sworn, hereby depose and state as follows:

## EXECUTIVE SUMMARY

**1.** The Bureau of Alcohol, Tobacco, Firearms, and Explosives is conducting an investigation into the arrest of Demarcus RILEY (XX/XX/1999). RILEY possessed cocaine and cocaine base with the intent to distribute it in violation of 21 U.S.C. § 841(a)(1).

## INTRODUCTION AND BACKGROUND

2. I am a Task Force Officer (TFO) working for the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), U.S. Justice Department, and have been so such since May 12, 2025. I am currently employed by the Michigan State Police (MSP) as a Detective Trooper Specialist and have been a certified Law Enforcement Officer since June of 2020. During my time as Trooper with the Michigan State Police I have completed numerous trainings such as Street Gang Investigations provided by the Northeast Counterdrug Training Center (NCTC), Social Networking provided by NCTC, RAID Entry Training, Ballistic Shield Training, and several other trainings related to criminal investigation and enforcement activities. I have personally investigated and assisted in numerous cases, which led to search warrants, arrests, prosecution,

1

and seizure of large quantities of narcotics and firearms. I have received training and gained investigative experience regarding what typical user amounts of controlled substances are. During my time as a TFO with the ATF, I have participated in investigations related to the possession and manufacture of firearms and narcotics in violation of federal law.

3.     I make this affidavit from personal knowledge based on my participation in this investigation, communications with detectives from the Bay Area Narcotics Enforcement Team (BAYANET), and others who have personal knowledge of the events and circumstances described herein, and information gained through my review of relevant documents related to this investigation.  The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

4.     I am currently investigating Demarcus RILEY date of birth XX/XX/1999, for violation of Title 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Cocaine.

**PROBABLE CAUSE**

5.     On March 11, 2026, Agents with the Bureau of Alcohol, Tobacco, and Firearms assisted BAYANET detectives with a state search warrant at 1208 Throop Street, Saginaw, Michigan 48602, located in the Eastern District of

Michigan. The warrant was based on purchases of narcotics made from Demarcus Riley.  Inside the residence, detectives and agents found Demarcus Antoine RILEY (DOB XX/XX/1999), Veronika Taylor Smith (DOB: XX/XX/XX02), and Jermaine Lee Bentley (DOB: XX/XX/XX01). RILEY attempted to flee from the residence before failing to get out through a window. RILEY then ran from a bedroom directly into law enforcement where he was taken into custody.

6.      While searching the residence, law enforcement located various types of narcotics within the residence including approximately 205.3 grams of cocaine, 34.5 grams of cocaine base, and 8.6 grams of suspected fentanyl.  Law enforcement also found several cutting agents, a digital scale, drug paraphernalia, and $752.00 in U.S. currency.  Based on my training and experience, I know drug dealers typically keep substances, which are commonly known as cutting agents, to mix with controlled substances in order to extend their supply to be able to sell to more customers. Additionally, I know that drug dealers typically use digital scales in order to measure the controlled substances for sale. Based on my training and experience, the amount of cocaine and cocaine base exceeds a typical personal use amount and are indicative of intent to distribute the controlled substances.

7.      RILEY is a previously convicted felon with the following convictions:

- 2021: (The below 2021 convictions are from the same incident):

     o Felony Police Officer – Fleeing third degree – Pled Guilty

3

- o   Felony Police Officer assault / resist / obstruct – Pled Guilty

- o   Felony Unarmed Robbery – Pled Guilty

- 2024: Felony Controlled Substance – deliver / manufacture (cocaine, heroin or another narcotic) <50 grams – Pled Guilty

8.      Based on the foregoing, I have probable cause to believe that on March 11, 2026, in the Eastern District of Michigan, Demarcus RILEY, a previously convicted felon was in violation of 21 U.S.C. 841(a)(1) – Possession with Intent to Distribute Cocaine.

Respectfully submitted,

Cameron Rubio, Task Force Officer
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

PATRICIA T. MORRIS
UNITED STATES MAGISTRATE JUDGE

4